

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00303-CV

| | | |
|---|---|---|
| IN RE CHAD ANTHONY DUPUIS, Relator | § | Original Proceeding |
| | § | 367th District Court of Denton County, Texas |
| | § | Trial Court No. 20-6349-367 |
| | § | September 15, 2023 |
| | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered relator's petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and order the trial court to reinstate the case.

It is further ordered that real party in interest A.A.D. must pay all of the costs of this proceeding.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr